UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROMANDO LEWIS,

    Plaintiff,

v.

    Case No. 2:16-cv-57

    HONORABLE PAUL L. MALONEY

DAVID AARON, et al.,

    Defendants.
_____/

## **JUDGMENT**

Pursuant to FED. R. CIV. P. 58, **JUDGMENT** is hereby entered in favor of defendants and against the plaintiff. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).

Date: June 20, 2017

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District